1104

LOCH SHELDRAKE BEACH AND TENNIS INC., Respondent, v HELEN
AKULICH, Appellant.

Submitted October 17, 2016; decided December 22, 2016

Motion for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the action within the meaning of the Constitution.

In the Matter of MICHAEL B. OLIVER, Appellant, v BOARD OF AS-
SESSORS OF THE TOWNS OF CHAMPLAIN et al., Respondents.

Submitted October 17, 2016; decided December 22, 2016

Motion for leave to appeal dismissed upon the ground that
the orders sought to be appealed from do not finally determine
the proceeding within the meaning of the Constitution. Motion
for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NASEAN
BONIE, Defendant. DINA SFORZA, a Representative of News
12 the Bronx, L.L.C., Nonparty Appellant.

Submitted November 7, 2016; decided December 22, 2016

Motion for reargument denied [*see* 28 NY3d 956 (2016)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN
JOHNSON, Appellant.

Submitted October 17, 2016; decided December 22, 2016

Motion for leave to appeal dismissed upon the ground that
appellant is not a party aggrieved (*see* CPLR 5511). Motion for
poor person relief dismissed as academic.